IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA

vs.                                                                 NO: 4:05 CR 00187   GH

GARY DON SMITH

<u>ORDER</u>

Defendant's *pro se* motion to dismiss his court appointed attorney, (DE# 31) Mr. Tarver, is denied.  Mr. Tarver is an able attorney employed by the Federal Public Defender and is responsible for a large volume of cases.  If defendant's concerns persist after frank discussion with Mr. Tarver, the defendant may bring his issues before the court.  **Defendant's Motion (DE# 31) is denied**.

IT IS SO ORDERED this 22nd   day of May, 2006.


                                               /s/ John F. Forster, Jr.
                                      UNITED STATES MAGISTRATE JUDGE